## HUFF v. AUTOS UNLIMITED, INC.

No. 246P97

Case below: 124 N.C.App. 410

Petition by defendants for writ of supersedeas and motion for temporary stay denied 5 June 1997. Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 June 1997.

## HUNT v. N.C. DEPT. OF LABOR

No. 110PA97

Case below: 125 N.C.App. 293

Petition by N.C. Department of Labor for discretionary review pursuant to G.S. 7A-31 allowed 5 June 1997.

## IN RE SPRINGMOOR, INC.

No. 79PA97

Case below: 125 N.C.App. 184

Petition by appellant for writ of supersedeas allowed 5 June 1997. Petition by appellant for discretionary review pursuant to G.S. 7A-31 allowed 5 June 1997.

## JONES v. PIGGLY WIGGLY OF ROCKY MOUNT

No. 160P97

Case below: 125 N.C.App. 615

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

## JORDAN v. CREW

No. 221P97

Case below: 125 N.C.App. 712

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.